UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

STEVEN W. FREEMAN

No. 2:24-cr-00150-NT

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Sexual Exploitation of a Minor)

Between at least June 1, 2024, and June 20, 2024, in the District of Maine and elsewhere, the defendant,

**STEVEN W. FREEMAN**

knowingly used a minor female, MINOR A, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct. The visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

### PRIOR CONVICTION ALLEGATION

Defendant Steven W. Freeman has a prior final state conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor. On about August 8, 2003, he was convicted in the State of Maine, Sagadahoc County Superior Court, Docket No. CR-03-26, of Gross Sexual Assault in violation of 17A M.R.S.A. §253(1)(B) and was sentenced to a period of incarceration.

This prior conviction affects the penalty provisions for Count One, pursuant to Title 18, United States Code, Section 2251(e).

## FORFEITURE ALLEGATION

Pursuant to 18 U.S.C. § 2253, upon conviction of the offense alleged in Count One of this Indictment, charging a violation of 18 U.S.C. §§ 2251, the defendant,

**STEVEN W. FREEMAN,**

shall forfeit to the United States of America; (a) any visual depiction described in 18 U.S.C. § 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C., Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, including, but not limited to: (1) a Samsung Galaxy cell phone bearing serial number RFCT41RXSNA.

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Assistant U.S. Attorney

Signature Redacted – Original on file with the Clerk's Office

Date: DECEMBER 19, 2024